# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00661-CV

**J. B. M. H. and Y. C. B., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. 21-0825, THE HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J. B. M. H. and Y. C. B. filed their notices of appeal on October 17, 2022 and October 21, 2022, respectively. The appellate record was complete on November 15, 2022, making appellants' briefs due on December 5, 2022. On December 1, 2022 and December 5, 2022, counsel for appellants filed motions for extension of time to file appellants' briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motions and order Terry Wesley Baker and Amanda J. Wilhelm to file appellants' briefs no later than December 27, 2022. If the briefs are

not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on December 9, 2022.


Before Chief Justice Byrne, Justices Triana and Smith